**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:21-md-3015-SINGHAL/Valle**

| | |
|---|---|
| **IN RE:** | **MDL CASE NO.: 3015** |
| **JOHNSON & JOHNSON AEROSOL SUNSCREEN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Order No. 2 |

_____/

**THIS DOCUMENT RELATES TO:**

21-cv-61103-AHS
21-cv-62151-AHS
21-cv-62153-AHS
21-cv-62171-AHS
21-cv-62174-AHS
21-cv-62189-AHS
21-cv-62190-AHS
21-cv-62191-AHS
21-cv-62194-AHS

_____/

**ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSURE**

**THIS CAUSE** is before the Court *sua sponte* review.  The above-styled cases are consolidated in MDL Proceeding 21-md-3015 for all pretrial purposes, and the parties are directed to submit all filings in the MDL action only.  In light of the consolidation of all cases in the MDL action, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of the Court shall mark the following cases as **CLOSED** for administrative purposes only:

21-cv-61103-AHS
21-cv-62151-AHS
21-cv-62153-AHS
21-cv-62171-AHS
21-cv-62174-AHS
21-cv-62189-AHS
21-cv-62190-AHS

21-cv-62191-AHS
21-cv-62194-AHS

Furthermore, all pending motions in the above-listed cases are hereby **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of October 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF